**DISMISS and Opinion Filed February 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01093-CV

## ESTATE OF ROBERT WAYNE WHITE, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-03062-3**

# MEMORANDUM OPINION
Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

We questioned our jurisdiction over this appeal as it appeared the challenged summary judgment orders neither disposed of all parties and claims nor fell within the group of appealable interlocutory orders. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *State Fair of Tex. v. Iron Mountain Info. Mgmt., Inc.*, 299 S.W.3d 261, 262-63 n.2 (Tex. App.—Dallas 2009, no pet.). We instructed appellant to file a letter brief addressing the Court's concern, but appellant failed to comply.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann*, 39 S.W.3d at 195. A final judgment is one that disposes of all pending parties and claims. *Id*.

The record here reflects appellant filed suit against Charlotte Carmack, Kay Suell aka Kilfa Lajuan Jacobs Suell d/b/a Keeping Dignity, Jovan L. Aniagu, Annelle R. White, Individually and as Independent Executor of the Estate of Robert W. White, and Kelly White. The appealed orders

dispose of appellant's claims against Carmack, Aniagu, and the Whites. They do not, however, dispose of appellant's claims against Suell, and nothing in the record reflects these claims have otherwise been resolved.

Because claims remain pending in the trial court, this Court lacks jurisdiction over this appeal. *See id.* Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

181093F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ESTATE OF ROBERT WAYNE WHITE, DECEASED

No. 05-18-01093-CV

On Appeal from the Probate Court No. 3, Dallas County, Texas
Trial Court Cause No. PR-17-03062-3.
Opinion delivered by Justice Whitehill, Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that Charlotte M. Carmack, Jovan L. Aniagu, Annelle R. White, and Kelly White recover their costs, if any, of this appeal from appellant Park Cities Healthcare LLC.

Judgment entered February 22, 2019.